

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Julie L. Sauer
+1 212 912 2856
*fax* +1 888 325 9140
jsauer@edwardswildman.com

October 3, 2011

**VIA ECF**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Ambrose v. The Mount Sinai Hospital
              11 Civ. 2026 (KAM) (CLP)

Dear Judge Pollak:

On behalf of our client, The Mount Sinai Hospital ("Mount Sinai"), I write to inform the Court that I spoke to Alberto Ambrose by telephone on September 29 and Mr. Ambrose indicated that he would like to request an extension of the deadline to serve responses to Mount Sinai's document requests and interrogatories from September 23 to October 17, 2011. I explained to Mr. Ambrose that he would need to request an extension from the Court. Because Mr. Ambrose said that it would be difficult for him to do so, I write to inform the Court that Mount Sinai has no objection to Mr. Ambrose's request subject to the Court's approval.

Respectfully submitted,

*Julie Sauer / jm*

Julie L. Sauer

cc:    Alberto Ambrose (via e-mail)
        *Pro se* Plaintiff