**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                                    FACSIMILE: (646) 349-5308

April 16, 2012

**VIA ECF AND FAX**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13B - South
Brooklyn, New York 11201

      Re:    Ambrose v. The Mount Sinai Hospital
               Civil Action No.: 11 CV, 2026 (KAM) (CLP)

Hon. Magistrate Judge Pollak:

      I represent the Plaintiff and write to request that the court place a temporary stay of discovery in this action due to Plaintiff's serious medical condition. Specifically, approximately two weeks ago, Mr. Ambrose suffered a serious stroke and partial paralysis. Clearly, in his present state, Mr. Ambrose will be unable to assist me in amending the complaint and performing the other discovery-related tasks in this action. As I was only recently retained to represent Mr. Ambrose, I am not equipped at this stage to litigate this action without Mr. Ambrose's active involvement. I would respectfully request that the court stay this action until further notice pending improvement in Mr. Ambrose's condition. Defendants have graciously consented to this application.

Respectfully submitted,

Ian F. Wallace

*Discovery is stayed. Counsel is Ordered to provide a status report by June 15. So Ordered*

*/s/ USMJ*
*4/17/12*