EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Julie L. Sauer
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALBERTO AMBROSE,

        Plaintiff,

    -against-

THE MOUNT SINAI HOSPITAL and
MAXINE SHEPHERD,

        Defendants.

11 Civ. 2026 (KAM) (CLP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and Defendants The Mount Sinai Hospital ("Mount Sinai") and Maxine Shepherd ("Shepherd") (collectively "Defendants"), that the time for Defendants to move, answer or otherwise respond to the Amended Complaint is extended from September 14 to and including September 18, 2012. No previous requests for an extension of time have been made by Shepherd. This is Mount Sinai's second request.

Dated: New York, New York
       September 12, 2012

LAW OFFICES OF IAN WALLACE, PLLC

By: ___/s/ Ian F. Wallace/JW___
   Ian F. Wallace, Esq.
Attorneys for Plaintiff
501 Fifth Avenue – 19th Floor
New York, NY 10017
212.661.5306

SO ORDERED:

_____
Honorable Cheryl L. Pollak
Dated: September ___, 2012

EDWARDS WILDMAN PALMER LLP

By: ___/s/ Julie Sauer___
   Rory J. McEvoy, Esq.
   Julie L. Sauer, Esq.
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411