# EDWARDS WILDMAN

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
+1 212 912 2787
*fax* +1 212 308 4844
rmcevoy@edwardswildman.com

October 18, 2012

**VIA FACSIMILE AND ECF**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   Ambrose v. The Mount Sinai Hospital, et al.
              11 Civ. 2026 (KAM) (CLP)

Dear Judge Pollak:

On behalf of our clients, The Mount Sinai Hospital and Maxine Shepherd, and after consultation with counsel for the Plaintiff, Alberto Ambrose, the parties request an adjournment of the deadline to exchange written responses to discovery demands from October 19 to November 9, 2012. Both parties are in the process of gathering documents and information and determining whether it will be necessary to enter into a confidentiality stipulation prior to the exchange of documents. After the parties exchange written responses, the parties will conduct depositions in the manner discussed at the conference held on September 20, 2012.

Respectfully submitted,

*[signature]*

Rory J. McEvoy

cc:   Ian F. Wallace (via facsimile)
       Attorney for Plaintiff