

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Julie L. Sauer
+1 212 912 2856
fax +1 888 325 9140
jsauer@edwardswildman.com

January 4, 2013

**VIA FACSIMILE**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  Ambrose v. The Mount Sinai Hospital, et al.
>       11 Civ. 2026 (KAM) (CLP)

Dear Judge Pollak:

On behalf of our clients, The Mount Sinai Hospital and Maxine Shepherd (collectively "Defendants"), I write in accordance with the instructions from your law clerk, to inform the Court that counsel for Defendants has no objection to Plaintiff's request for an adjournment of the January 7, 2013 conference. However, we are unavailable on January 16, 2013 because we will be attending an arbitration hearing on that day. Accordingly, Defendants respectfully request that the conference be scheduled for another date that week. I communicated with Ian Wallace, counsel for Plaintiff, and the attorneys for both parties are available at any time on January 14 and January 18 and after 1 pm on January 15 and January 17, 2013.

Respectfully submitted,

*Julie Sauer*

Julie L. Sauer

cc:  Ian F. Wallace (via facsimile)
     Attorney for Plaintiff