US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: __7/16/13__

TIME SPENT: _____

DOCKET NO. __11 CV 2026__

CASE: __Ambrose v Mt Sinai__

- ____ INITIAL CONFERENCE
- ____ DISCOVERY CONFERENCE
- ____ SETTLEMENT CONFERENCE
- ____ MOTION HEARING
- ____ OTHER/STATUS CONFERENCE
- ____ FINAL/PRETRIAL CONFERENCE
- ✓ TELEPHONE CONFERENCE
- ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED     ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Parties to appear for settlement Conf. July 25 at 11:00