US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: **8/19/13**

TIME SPENT: _____

DOCKET NO. **11 CV 2026**

CASE: **Ambrose v Mt Sinai**

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE         _____ FINAL/PRETRIAL CONFERENCE
  ✓   SETTLEMENT CONFERENCE        _____ TELEPHONE CONFERENCE
_____ MOTION HEARING               _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____
_____ NEXT CONFERENCE SCHEDULED FOR _____
_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Settlement appears unlikely. Pl. to provide letter from medical dr. re ability to proceed with deposition (by 8/30). Pl's deposition to be conducted in 2-hr segments; counsel to agree on dates. Df. to depose Isaacs & Shepherd; interview Moore. Conference 10/16 at 1200.