**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                                      FACSIMILE: (646) 349-5308

September 30, 2013

**VIA ECF AND FAX**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13B - South
Brooklyn, New York 11201

      Re:    **Ambrose v. The Mount Sinai Hospital**
               **Civil Action No.: 11 CV. 2026 (KAM) (CLP)**

Hon. Magistrate Judge Pollak:

      I represent the Plaintiff in this action and write in connection with this court's direction that I provide this court with a letter from Plaintiff's physician concerning Plaintiff's ability to proceed with depositions [DN 71]. Plaintiff was scheduled to be evaluated today by his physician. Therefore, I anticipate being able to provide the court with the requested letter by **September 3rd, 2013.** Therefore, I respectfully request until that date to provide the court with a copy of the physician's letter. Defendants have consented to this application for additional time.

                                            Respectfully submitted,

                                            Ian F. Wallace

cc:    Rory J. McEvoy/ Julie Sauer
       *Attorney for Defendants* (via ECF)

So Ordered
/s/ CHERYL POLLAK
9/3/13