**LAW OFFICES OF IAN WALLACE, PLLC**
**501 Fifth Avenue - 19th Floor**
**New York, New York 10017**
**Tel: (212) 661-5306**
**Fax: (646) 349-5308**

## FAX COVER SHEET

DELIVER TO:      Magistrate Judge Cheryl L. Pollak

FAX #:      (718) 613-2365

FROM:      Ian Wallace

DATE:      September 10, 2013

RE:      **Ambrose v. The Mount Sinai Hospital**
**Civil Action No.: 11 CV. 2026 (KAM) (CLP)**

TOTAL NO. OF PAGES (Including Transmittal Letter):   2

IF YOU DO NOT RECEIVE ALL OF THE PAGES,
PLEASE CALL AS SOON AS POSSIBLE

TELEPHONE: (212) 661 5306

FAX OPERATOR:

MESSAGE:

* * THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU. * *

**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                                                    FACSIMILE: (646) 349-5308

September 10, 2013

**VIA ECF AND FAX**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13B - South
Brooklyn, New York 11201

> **Re:    Ambrose v. The Mount Sinai Hospital**
> **Civil Action No.: 11 CV. 2026 (KAM) (CLP)**

Hon. Magistrate Judge Pollak:

I represent the Plaintiff in this action and write in connection with this court's direction that I provide this court with a letter from Plaintiff's physician concerning Plaintiff's ability to proceed with depositions [DN 71]. To date, I have been unable to secure a letter from Mr. Ambrose's primary care physician.

I personally spoke with Mr. Ambrose's physician today and she stated that Mr. Ambrose is scheduled for a follow up consultation "within two weeks" at which time she would make a determination regarding his ability to proceed with depositions.

Therefore, I respectfully request until October 4, 2013 to provide the court with an update on Mr. Ambrose's condition and, if possible, a physician's letter.

Respectfully submitted,

Ian F. Wallace

cc:    Rory J. McEvoy/ Julie Sauer
       *Attorney for Defendants* (via ECF)