**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306　　　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE: (646) 349-5308

September 20, 2013

**VIA ECF AND FAX**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13B - South
Brooklyn, New York 11201

　　　　Re:　**Ambrose v. The Mount Sinai Hospital**
　　　　　　**Civil Action No.: 11 CV. 2026 (KAM) (CLP)**

Hon. Magistrate Judge Pollak:

　　　　I represent the Plaintiff in this action and write in connection with this court's direction that I provide this court with a medical report from Plaintiff's physicians. Attached to the faxed copy of this letter is a medical report, dated September 19, 2013, from Dr. Kong, Plaintiff's psychiatrist. Also attached is a report, dated September 20, 2013, from Dr. Eileen Rassi, Plaintiff's medical doctor. In her report, Dr. Rassi recommends postponing the commencement of Plaintiff's depositions until the control of Mr. Ambrose's blood pressure is "improved" but that she will be evaluating Plaintiff's blood pressure in two weeks. At that time, I anticipate providing the court with a follow up report from Dr. Rassi.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*IFW*

　　　　　　　　　　　　　　　　　　　　　　Ian F. Wallace

　　cc:　　Rory J. McEvoy/ Julie Sauer
　　　　　　*Attorney for Defendants* (via ECF)