## LAW OFFICES OF IAN WALLACE, PLLC
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                    FACSIMILE: (646) 349-5308

October 4, 2013

**VIA ECF AND FAX**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13B - South
Brooklyn, New York 11201

> Re:  **Ambrose v. The Mount Sinai Hospital/ Civil Action No.: 11 CV. 2026**

Hon. Magistrate Judge Pollak:

    I represent the Plaintiff in this action and write further to my September 25, 2013 letter. I respectfully request until **October 7, 2013** to respond to Defendants' request for a pre-motion conference to dismiss the complaint and to file a letter motion in support of my proposed relief, i.e., to amend the complaint.

                  Respectfully submitted,

                  Ian F. Wallace

cc:   Rory J. McEvoy/ Julie Sauer (via ECF)

**Request granted.**

/s/ CHERYL L. POLLAK       10/4/13
United States Magistrate Judge
SO ORDERED.