US MAGISTRATE JUDGE CHERYL L. POLLAK                        DATE: 10/16/13

                                                            TIME SPENT: _____

DOCKET NO. 11 CV 2026

CASE: Ambrose v Mt Sinai

_____ INITIAL CONFERENCE               ✓ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE             _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE            _____ TELEPHONE CONFERENCE
_____ MOTION HEARING                   _____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

_____ COMPLETED                        _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____
✓ NEXT CONFERENCE SCHEDULED FOR 12/13 at 1130
_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Def to send letter proposing schedule for pls and defs' depositions to be completed by mid December.

Defs to notify court by 10/18 if they intend to object to motion to amend

Defs letter motion to dismiss for failure to prosecute is denied w/o prejudice to renew depending on plaintiff's continued cooperation in the litigation