**LAW OFFICES OF IAN WALLACE, PLLC**
501 FIFTH AVENUE · 19TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 661-5306                                                                                           FACSIMILE: (646) 349-5308

October 29, 2013

**VIA ECF**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13B - South
Brooklyn, New York 11201

      Re:     **Ambrose v. The Mount Sinai Hospital/ Civil Action No.: 11 CV. 2026**

Hon. Magistrate Judge Pollak:

    I represent the Plaintiff in this action and write to request permission to electronically file the proposed amended complaint that was appended to my October 7th, 2013 letter application to this court as Exhibit H. [DN 80].

    Defendants have not opposed Plaintiff's motion to amend. Notably, Defendants did not file an opposition to my October 7, 2013 letter motion [DN 80]. Subsequently, this court directed that Defendants notify it by October 18, 2013 if "they intend to object to [the] motion to amend." [DN 83]. To date, Defendants have not notified the court of their intention to oppose the motion to amend the complaint, nor did they request an extension of the October 18, 2013 deadline.

                                                      Respectfully submitted,

                                                      Ian F. Wallace

    cc: Rory J. McEvoy/ Julie Sauer (via ECF)