Chaim B. Book (CB 4652)
MOSKOWITZ & BOOK, LLP
345 7th Avenue, 21st Floor
New York, New York 10001
(212) 221-7999
cbook@mb-llp.com

Attorneys for Defendant Maxine Shepherd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO AMBROSE<br><br>                              Plaintiff,<br><br>     -against-<br><br>THE MOUNT SINAI HOSPITAL and<br>MAXINE SHEPHERD,<br><br>                              Defendants. | ECF CASE<br><br>11-CV-2026 (KAM) (CLP)<br><br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Chaim B. Book, Esq. of Moskowitz & Book, LLP hereby appears as counsel for defendant Maxine Shepherd in the above captioned matter and demands that all papers in this action be served upon the undersigned at 345 Seventh Avenue, 21st Floor, New York New York 10001.

Dated:   New York, New York
         March 18, 2014

MOSKOWITZ & BOOK, LLP


By: /s/Chaim B. Book
    Chaim B. Book (CB 4652)
Attorneys for Defendant Maxine Shepherd
345 7th Avenue, 21st Floor
New York, NY 10001
(212) 221-7999

TO:   Clerk of Court
      All Counsel of Record